## FOURTH DEPARTMENT, NOVEMBER, 1936.
### (November 6, 1936.)

HENRY L. F. TREBERT, JR., Appellant, v. THOMAS E. LUNT and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve a further amended complaint as to the first alleged cause of action on payment of the costs of this appeal. All concur. (The order denies a motion for judgment on the pleadings as to the second cause of action and grants defendants' motion for judgment on the pleadings as to that cause of action, and dismisses the complaint as to the first cause of action, in an action to cancel certain alleged fraudulent conveyances and decrees.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

EDITH ROSENBLOOM, Respondent, v. AMOS BALDWIN, Appellant, and RAYMOND N. BAILEY, Defendant.— Judgment and order affirmed, with costs. All concur, except Thompson, J., who dissents and votes for reversal on the facts and for granting a new trial. (The judgment is for plaintiff for damages for personal injuries sustained in a collision between two automobiles. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

NFENAH CHAPMAN, Respondent, v. AMOS BALDWIN, Appellant.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

IRVINE J. KITTINGER, Suing on Behalf of Himself and All Other Stockholders of CHURCHILL EVANGELISTIC ASSOCIATION, INCORPORATED, etc., Appellant, v. CLINTON H. CHURCHILL and Others, Respondents.— Judgment affirmed, with costs, on the opinion of Larkin, J., at Special Term. [Reported in 161 Misc. 3.] All concur. (The judgment dismisses the complaint in a stockholder's action to set aside a transfer of property, and for an accounting.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

MARY McCARTHY, as Administratrix, etc., of JAMES McCARTHY, Deceased, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Edgcomb and Lewis, JJ., who dissent and vote for reversal on the law and a dismissal of the complaint on the authority of *Crough* v. *N. Y. C. R. R. Co.* (260 N. Y. 227). (The judgment awards damages for death of intestate caused by automobile colliding with train. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.